IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

CHARLES CHANEY JR., :
: Civil Action No. 19-0005
      Plaintiff, :
:
    v. :
:
LIEUTENANT RICHARD BEDNARO, :
et al., :
:
      Defendants. :

**APPENDIX OF EXHIBITS ATTACHED TO STATEMENT OF MATERIAL FACTS**

| SMF- Exhibit | Description |
|---|---|
| A | Video 1 RHU DVR, Camera RHU C-Pod* |
| B | Video 2 RHU DVR Camera RHU C-Od, RHU Strip Room, RHU D-Pod* |
| C | Video 3 Hand Held Video Camera* |
| D | Investigative Insert Review of Video |
| E | Video Review Checklist |
| F | Extraordinary Incident Report |
| G | Investigative Summary 2018-A-309 |
| H | Memorandum of Interview of Inmate Charles Chaney |
| I | Initial Inmate Grievance 737685 |
| J | Department of Corrections Policy DC-ADM 805, effective May 1, 2015. |

* All three videos were provided to the Court by mail on January 24, 2020.

Respectfully submitted,

/s/ Sarah J. Simkin
Sarah J. Simkin, DAG
Scott A. Bradley, SDAG
Office of the Attorney General
Mezzanine Level
1251 Waterfront Place
Pittsburgh, PA 15222
ssimkin@attorneygeneral.gov

*Counsel for Defendant*

Date: March 5, 2020