In the United States District Court
for the Western District Pennsylvania

Charles Alvin Chaney JR) Case No: 1:19-cv-05
          Plaintiff )
v                  )
                   ) Richard A. Lanzillo
Colt Bednard et.al,) United States
          Defendants) Magistrate Judge

FILED
APR -7 2020
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

Concise Statement

On May 15th 2018 At SCI-Albion I had an altercation with Sergeant Clinger while this Sgt. was passing out Lunch trays. Basically I had reason to believe Sgt. Clinger was tampering with my food. On the collection of trays, I refused to give my tray back until I could speak to a lieutenant. My request was ignored, which resulted in me kicking my cell door window. I proceeded to kick my cell door window in which resulted in me being sprayed by C.O. Brorelo with OC spray. I was taken to the RHU medical room to see medical staff, in the process I was restrained by CO Brorelo and CO Bednard for no valid reason. While being escorted to the strip out room plaintiff struck his forehead off the wall causing no injuries what so ever. Plaintiff was violently slammed to the floor by CO. Bednard and CO. Brorelo. While on the ground Plaintiff was being tazed in his Right

1 of 2

hamstring by Sgt Clinger and being physically restrained by 5 officers. C.O. Brovelo the proceded to punch plaintiff in his right eye with a closed fist and also Jamming his fist in the plaintiff right eye. C.O. Brovelo then began kneeing the plaintiff in his right eye causing instant swelling and Bruising


I Charles Alvin Chaney JR hereby declares under penalty of perjury that the foregoing is true and correct

Executed at SCI-Houtzdale
Houtzdale pennsylvania on April 1, 2020

Charles A. Chaney Jr.          Charles Chaney
                               Kr9965
                               SCI-Houtzdale
                               P.O. Box 1000
                               Houtzdale PA 16698

2 of 2